

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARK EDWARD GRAVES, <br> Defendant. | Case No. 2:20-CR-00457-RGK <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)(1)] |

I.

On July 7, 2021, Defendant Mark Edward Graves ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:20-CR-00457-RGK. Defendant was represented by Jerome Haig, retained counsel.

///
///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Unemployment status;
- Unknown substance abuse history;
- Ties outside of the Central District of California;
- Alleged criminal conduct in violation of supervised release.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Alleged criminal conduct in violation of supervised release;
- Unknown substance abuse history;
- Noncompliance with the Probation Office;
- Criminal history, including domestic violence.

///
///
///
///
///

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: July 7, 2021

                                              /s/
                              MARIA A. AUDERO
                           UNITED STATES MAGISTRATE JUDGE